THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CAMERON LUNDQUIST and LEEANA LARA, on behalf of themselves and all others similarly situated,<br><br>               Plaintiffs,<br><br>       v.<br><br>FIRST NATIONAL INSURANCE COMPANY OF AMERICA, LM GENERAL INSURANCE COMPANY, and CCC INFORMATION SERVICES INCORPORATED,<br><br>               Defendants. | No. 3:18-CV-05301-RJB<br><br>STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND CASE SCHEDULE<br><br>NOTE ON MOTION CALENDAR: **OCTOBER 11, 2019** |

Pursuant to Local Rule 7(d)(1), Plaintiffs Cameron Lundquist and Leeana Lara, Defendants First National Insurance Company of America, LM General Insurance Company ("Insurer Defendants"), and Defendant CCC Information Services Inc. ("CCC"), collectively the "Parties," hereby stipulate as follows:

1.   The parties have diligently pursued discovery and are in the process of conferring about a number of unresolved discovery requests as well as identifying and producing responsive documents.

2.   The complaint was amended on April 26, 2019 to add CCC Information Services Inc. ("CCC") as a defendant, thereby necessitating further written discovery and depositions.  CCC filed its Answer on June 3, 2019.

3.   After many weeks of intensive negotiation, Plaintiffs and CCC are also in the process of finalizing a proposed protective order as well as proposed protocols for the production of electronically stored information (ESI). Once those documents are filed, Plaintiffs and CCC expect that substantial completion of production of ESI relating to class certification will take several weeks.

4.   Because ESI discovery between Plaintiffs and CCC has only just begun, Plaintiffs and CCC agree that additional time is needed for written discovery and depositions, including the production of electronically stored information noted above.

5.   The current case schedule imposes an October 4, 2019 deadline for Plaintiffs to file their Motion for Class Certification.  Plaintiffs and CCC agree that more time is needed in order to finalize discovery related class certification issues.  While the Insurer Defendants believe Plaintiffs have had more than enough time to take class related discovery from both the Insurer Defendants and CCC in order to file their Motion for Class Certification, the Insurer Defendants do not dispute that CCC was added to the case in the past several months, and as a result, CCC may need more time to prepare its defense to class certification.

Based on the foregoing, the parties stipulate and agree that good cause exists to continue the case schedule as follows:

| | |
|---|---|
| Plaintiffs' class certification motion and expert disclosures due | Jan. 31, 2020 |
| Disclosure of any non-certification related expert testimony by Plaintiffs under RFCP 26(a)(2) due | April 15, 2020 |
| All motions related to discovery must be filed by | June 15, 2020 |
| Deposition of Plaintiffs' class certification experts to be completed by | March 31, 2020 |
| Defendants' class certification response and expert disclosures due | March 31, 2020 |
| Fact Discovery completed by | July 31, 2020 |

STIPULATED MOTION AND [PROPOSED]
ORDER TO EXTEND CASE SCHEDULE
(No. 3:18-cv-05301-RJB)

| | |
|---|---|
| Deposition of Defendants' class certification experts to be completed by | April 30, 2020 |
| Plaintiffs' reply in support of motion for class certification due | April 30, 2020 |
| Disclosure of any non-certification related expert testimony by Defendants under RFCP 26(a)(2) | June 15, 2020 |
| All dispositive motions must be filed by | Sept. 1, 2020 |
| Mediation per CR 39.1(c)(3) held no later than | Jul. 15, 2020 |
| Expert Discovery completed by | Aug. 3, 2020 |
| Responses to dispositive motions must be filed by | Oct. 1, 2020 |
| Replies in support of dispositive motions must be filed by | Oct. 15, 2020 |
| Letter of Compliance as to CR 39.1 filed by | Jul. 15, 2020 |
| Motions in limine should be filed by | Oct. 30, 2020 |
| Agreed pretrial order lodged with the court by | Oct. 30, 2020 |
| Trial briefs, proposed voir dire and jury instructions due | Oct. 30, 2020 |
| Pretrial Conference will be held at 8:30 a.m. on | Nov. 6, 2020 |
| Trial to begin | Nov. 16, 2020 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this _____ day of October, 2019.

_____
ROBERT J. BRYAN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND [PROPOSED]
ORDER TO EXTEND CASE SCHEDULE
(No. 3:18-cv-05301-RJB)

Dated: October 1, 2019

Respectfully submitted,

*s/ Steve W. Berman*
Steve W. Berman, WSBA No. 12536

*s/ Kathleen M. O'Sullivan*
Kathleen M. O'Sullivan, WSBA No. 27850

**Hagens Berman Sobol Shapiro LLP**
1301 2nd Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone:  (206) 359-8000
Facsimile:  (206) 359-9000
Email: kosullivan@perkinscoie.com

Robert B. Carey (*pro hac vice*)
John M. DeStefano (*pro hac vice*)
**Hagens Berman Sobol Shapiro LLP**
11 West Jefferson Street, Suite 1000
Phoenix, AZ 85003
Telephone: (602) 224-2628
Email: rob@hbsslaw.com
        johnd@hbsslaw.com

Kathleen P. Lally (*pro hac vice*)
**Latham & Watkins LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
Email:  kathleen.lally@lw.com

Marc A. Goldich (*pro hac vice*)
**Axler Goldich LLC**
1520 Locust Street, Suite 301
Philadelphia, Pennsylvania 19102
Telephone: (267) 534-7400
Email: mgoldich@axgolaw.com

Marguerite M. Sullivan (*pro hac vice*)
Jason R. Burt (*pro hac vice*)
**Latham & Watkins LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2200
Email: marguerite.sullivan@lw.com
        jason.burt@lw.com

David Woloshin (*pro hac vice*)
Dina Ronsayro (*pro hac vice*)
**Astor Weiss Kaplan & Mandel LLP**
200 South Broad Street, Suite 600
Philadelphia, PA 19102
Telephone: (215) 790-0100
Facsimile: (215) 790-0509
dwoloshin@astorweiss.com
dronsayro@astorweiss.com

Steven J. Pacini (*pro hac vice*)
**Latham & Watkins LLP**
200 Clarendon Street, 27th Floor
Boston, MA 02116
Telephone: (617) 880-4516
Facsimile: (617) 948-6001
Email: steven.pacini@lw.com

*Attorneys for Plaintiffs*

*Attorneys for Defendant CCC Information Services Inc.*

*s/ John M. Silk*
John M. Silk, WSBA No. 52989
**Wilson Smith Cochran Dickerson**
901 Fifth Ave., Suite 1700
Seattle, WA 98164
Telephone: (206) 623-4100
Facsimile: (206) 623-9273
Email: silk@wscd.com

STIPULATED MOTION AND [PROPOSED]
ORDER TO EXTEND CASE SCHEDULE
(No. 3:18-cv-05301-RJB)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

James A. Morsch (*pro hac vice*)
Casey T. Grabenstein, (*pro hac vice*)
Kellie Y. Chen (*pro hac vice*)
**Saul Ewing Arnstein & Lehr**
161 N. Clark Street, Suite 4200
Chicago, IL 60654
Telephone: (312) 876-7100
Facsimile: (312) 876-0288
Email: jim.morsch@saul.com
        casey.grabenstein@saul.com
        kellie.chen@saul.com

*Attorneys for Defendants First National
Insurance Company of America and LM
General Insurance Company*

STIPULATED MOTION AND [PROPOSED]
ORDER TO EXTEND CASE SCHEDULE
(No. 3:18-cv-05301-RJB)

1

## <u>CERTIFICATE OF SERVICE</u>

2          I hereby certify under penalty of perjury that on October 1, 2019 a true and correct copy

3  of the foregoing was filed electronically by CM/ECF, which caused notice to be sent to all

4  counsel of record.

5
    DATED this 1st day of October, 2019.
6

7                                         _s/ Steve W. Berman_
                                          Steve W. Berman, WSBA No. 12536
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED MOTION AND [PROPOSED]
                                          ORDER TO EXTEND CASE SCHEDULE
                                          (No. 3:18-cv-05301-RJB)