UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CAMERON LUNDQUIST and LEEANA LARA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST NATIONAL INSURANCE COMPANY OF AMERICA, LM GENERAL INSURANCE COMPANY, and CCC INFORMATION SERVICES INCORPORATED,<br><br>Defendants. | No. 3:18-CV-05301-RJB<br><br>ORDER ON SECOND STIPULATED MOTION TO EXTEND CASE SCHEDULE |

This matter comes before the Court on the parties' second stipulated motion to extend case schedule. Dkt. 153. The Court has considered the motion and remaining file.

The parties have conferred and have agreed to a forty-five-day extension of the case schedule in the above-captioned case due to the current situation related to the spread of the COVID-19 virus. Dkt. 153.

The parties have shown good cause pursuant to Fed. R. Civ. P. 6 for an extension of the case schedule. Some of their proposed dates were slightly different from the usual practice of the court and are adjusted below. Their motion should be granted and the case schedule should be extended.

Good cause exists to continue the case schedule as follows:

| Event | Current Deadline (*see* ECF No. 151) | Proposed New Deadline |
|---|---|---|
| | | |

| | | |
|---|---|---|
| Deposition of Plaintiffs' class certification experts to be completed by | May 21, 2020 | July 2, 2020 |
| Defendants' class certification response and expert disclosures due | May 21, 2020 | July 6, 2020 |
| Disclosure of any non-certification related expert testimony by Plaintiffs under RFCP 26(a)(2) due | June 5, 2020 | July 20, 2020 |
| Deposition of Defendants' class certification experts to be completed by | June 5, 2020 | July 20, 2020 |
| Plaintiffs' reply in support of motion for class certification due | June 19, 2020 | Aug. 3, 2020 |
| All motions related to discovery must be filed by | July 29, 2020 | Sept. 14, 2020 |
| Subject to the Court's ruling on class certification, class notice, if applicable, will be mailed no later than | Aug. 7, 2020 | Sept. 21, 2020 |
| Disclosure of any non-certification related expert testimony by Defendants under RFCP 26(a)(2) | Aug 7, 2020 | Sept. 21, 2020 |
| Mediation per CR 39.1(c)(3) held no later than | Aug. 14, 2020 | Sept. 28, 2020 |
| Letter of Compliance as to CR 39.1 filed by | Aug. 21, 2020 | Oct. 5, 2020 |
| Fact Discovery completed by | Aug. 31, 2020 | Oct. 15, 2020 |
| Expert Discovery completed by | Sept. 2, 2020 | Oct. 19, 2020 |
| All dispositive motions must be filed by | Sept. 14, 2020 | Oct. 29, 2020 |
| Responses to dispositive motions must be filed by | Oct. 5, 2020 | Nov. 19, 2020 |
| Replies in support of dispositive motions must be filed by | Oct. 19, 2020 | Dec. 3, 2020 |

| | | |
|---|---|---|
| Motions in limine should be filed by | Nov. 16, 2020 | Jan. 4, 2021 |
| Agreed pretrial order lodged with the court by | Nov. 27, 2020 | Jan. 15, 2021 |
| Trial briefs, proposed voir dire and jury instructions due | Dec. 4, 2020 | Jan. 22, 2021 |
| Pretrial Conference will be held at 8:30 a.m. on | Dec. 4, 2020 | Jan. 22, 2021 |
| Trial to begin | Dec. 14, 2020 | Feb. 1, 2021 |

**IT IS SO ORDERED**.

DATED this 15th day of April, 2020.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge